JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS B. BARBEE,<br><br>           Plaintiff,<br><br>      vs.<br><br>CALIFORNIA DEP'T OF CORR. et al.,<br><br>           Respondent. | Case No. EDCV 13-8009-JFW (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Complaint is denied and this action is dismissed with prejudice.

DATED: July 22, 2014

JOHN F. WALTER
U.S. DISTRICT JUDGE

4